■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LAWRENCE CONDON, Appellant.— On the court's own motion, the appellant's time to perfect his appeal from an order entered April 17, 1961 is enlarged to the February Term, beginning January 29, 1962; appeal ordered on the calendar for said term. This appeal will be heard together with appellant's pending

491

appeal from an order entered October 5, 1960, such appeal also having been ordered on the calendar for the February Term. (See *People* v. *Condon,* 14 A D 2d 491.) Ughetta, Acting P. J., Christ, Pette and Brennan, JJ., concur-